Melanie A. Hill
Nevada Bar No. 8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Tel.: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
Attorney for Defendant Jackie Lee Newsome

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACKIE LEE NEWSOME,<br><br>Defendant. | Case No.: 2:11-cr-223-JAD-CWH-1<br>Case No.: 2:12-cr-145-JAD-GWF-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Melanie A. Hill, counsel for defendant JACKIE LEE NEWSOME, that the sentencing hearing currently scheduled for January 21, 2015, at the hour of 10:00 a.m. be vacated and continued at least thirty (30) days to a date and time convenient to this court on a Monday, Wednesday, or Friday morning. Counsel for Mr. Newsome requests that the sentencing hearing be set in the morning to accommodate Mr. Newsome's long-time girlfriend and mother of his 14 year old son, Rhonda Hickman's, afternoon work schedule. Ms. Hickham would like to attend the sentencing hearing and speak on Mr. Newsome's behalf. Mr. Newsome also requests that his sentencing hearing be scheduled on a Monday, Wednesday, or Friday to accommodate his current dialysis schedule.

///

///

1  This Stipulation is entered into for the following reasons:

2  1.  Counsel for the Defendant, Melanie Hill, and counsel for the Government, Kimberly Frayn, are awaiting the determination by the 5K committee of the Government's recommended sentence and anticipate that a decision will be made on January 20, 2015, the day before the current scheduled sentencing. Once the recommendation is made, counsel for Mr. Newsome needs additional time to prepare his sentencing memorandum based on the Government's recommended sentence.

2.  The parties have been diligent in obtaining the information needed by the committee regarding Mr. Newsome's current medical status, however, unanticipated delays occurred as detailed herein. Counsel for Mr. Newsome was waiting for letters from Mr. Newsome's treating physicians to provide to counsel for the Government regarding the severity of Mr. Newsome's medical conditions and Mr. Newsome's prognosis. However, due to a closing of Mr. Newsome's primary care physicians's office for a week during the holidays and the doctor's busy schedule, the letters were not received until December 23, 2014 and January 6, 2015. Additionally, Mr. Newsome has recently been referred to an additional specialist this week and counsel is in the process of obtaining a letter from Mr. Newsome's newest specialist. Counsel for Mr. Newsome is also obtaining an additional letter from Mr. Newsome's primary care physician regarding his daily medications and the impact on his health if he is taken off any of his medications if incarcerated at the Bureau of Prisons. This newest request regarding medications is based on recent charges to Mr. Newsome's heath and necessity to meet with a new specialist.

3.  Counsel for the Government was delayed in seeking approval from the committee due to her and her supervisor's participation in a week long evidentiary hearing in one of her other federal criminal cases during the week of December 15, 2014 that was scheduled after the November 19, 2014 status conference in this case.

4.  The defendant is out on a PR bond and does not object to the continuance.

5.  The parties agree to the continuance.

6.  The additional time requested herein is not sought for purposes of delay, but to allow counsel for both parties additional time to prepare for the sentencing hearing in this case after both

parties receive the Government's 5K/3553(e) sentencing determination by the 5K committee next week. Thereafter, both counsel can finalize their sentencing memorandums and file them with the Court.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the seventh request to continue the sentencing hearing filed herein.

DATED this 15th day of January, 2015.

| LAW OFFICE OF MELANIE HILL | DANIEL G. BOGDEN |
| Appointed Counsel | United States of America |
| | |
| */s/ Melanie A. Hill* | */s/ Kimberly Frayn* |
| By: MELANIE A. HILL | By: KIMBERLY FRAYN |
| Counsel for Defendant Jackie Lee Newsome | Assistant United States Attorney |
| | Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACKIE LEE NEWSOME,<br><br>Defendant. | Case No.: 2:11-cr-223-JAD-CWH-1<br>Case No.: 2:12-cr-145-JAD-GWF-2<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  Counsel for the Defendant, Melanie Hill, and counsel for the Government, Kimberly Frayn, are awaiting the determination by the 5K committee of the Government's recommended sentence and anticipate that a decision will be made on January 20, 2015, the day before the current scheduled sentencing. Once the recommendation is made, counsel for Mr. Newsome needs additional time to prepare his sentencing memorandum based on the Government's recommended sentence.

2.  The parties have been diligent in obtaining the information needed by the committee regarding Mr. Newsome's current medical status, however, unanticipated delays occurred as detailed herein. Counsel for Mr. Newsome was waiting for letters from Mr. Newsome's treating physicians to provide to counsel for the Government regarding the severity of Mr. Newsome's medical conditions and Mr. Newsome's prognosis. However, due to a closing of Mr. Newsome's primary care physicians's office for a week during the holidays and the doctor's busy schedule, the letters

were not received until December 23, 2014 and January 6, 2015. Additionally, Mr. Newsome has recently been referred to an additional specialist this week and counsel is in the process of obtaining a letter from Mr. Newsome's newest specialist. Counsel for Mr. Newsome is also obtaining an additional letter from Mr. Newsome's primary care physician regarding his daily medications and the impact on his health if he is taken off any of his medications if incarcerated at the Bureau of Prisons. This newest request regarding medications is based on recent charges to Mr. Newsome's heath and necessity to meet with a new specialist.

3. Counsel for the Government was delayed in seeking approval from the committee due to her and her supervisor's participation in a week long evidentiary hearing in one of her other federal criminal cases during the week of December 15, 2014 that was scheduled after the November 19, 2014 status conference in this case.

4. The defendant is out on a PR bond and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but to allow counsel for both parties additional time to prepare for the sentencing hearing in this case after both parties receive the Government's 5K/3553(e) sentencing determination by the 5K committee next week. Thereafter, both counsel can finalize their sentencing memorandums and file them with the Court.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

8. This is the seventh request to continue the sentencing hearing filed herein.

## **CONCLUSIONS OF LAW**

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

///

///

///

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 21, 2015, at the hour of 10:00 a.m. be vacated and continued to Monday, February 23, 2015, at 11:00 a.m.

DATED this 15th day of January, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE